FILED
2008 Sep-08 PM 12:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | **Case Number: CR 00-S-315-NW** |
| ) | |
| **STANLEY MONROE GRANGER** ) | |

## MEMORANDUM OPINION

This matter is before the court on the defendant's motion to compel the United States to file a motion pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 35(b). (Doc. no. 78). Following an evidentiary hearing, the magistrate judge assigned this matter recommended that the defendant's motion be denied. (Doc. no. 88). The defendant has not objected to the findings and recommendation of the magistrate judge.

The court has considered the entire file in this action and has reached an independent conclusion that the magistrate judge's report and recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusion of the court. Accordingly, the defendant's motion compel (doc. no. 78) is due to be denied. An appropriate order will be entered.

DONE this 8th day of September, 2008.

                                                                    _____
                                                                    United States District Judge